SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED
2009 DEC 22 A 11: 42
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:09-cr-_183_ |
| v. | ) |
| | ) Judge _Mattice/Carter_ |
| MICHAEL SHANE CULP, | ) |
| TAMMY KILGORE, | ) |
| HENRY LEE GREEN, JR., | ) |
| and | ) |
| DONNIE R. SAVAGE, JR. | ) |

## SEALING ORDER

Upon oral motion of the government, and for good cause shown, the court file for this case is hereby placed under seal. The charged offenses are presumed to be dangerous and to present a risk of flight. Foreknowledge of the indictment by the defendants may impede the effort to apprehend them. The file shall remain sealed until further order of the court. This sealing order does not prevent a duly authorized law enforcement officer from disseminating information concerning the charges and outstanding warrants, including copies of the arrest warrant, for law enforcement purposes.

SO ORDERED.

ENTER.

_____
UNITED STATES MAGISTRATE JUDGE